# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JONATHAN RAMIREZ-PEREZ,**

**Plaintiff,**

v.                                          Case No: 6:16-cv-2133-Orl-28TBS

**AMICI'S FAMILY RESTAURANT, INC.,**

**Defendant.**

## ORDER

This case is before the Court on the Joint Motion for Approval of Settlement (Doc. No. 13) and the Amended Joint Motion for Approval of Settlement (Doc. 16) filed by the parties. The assigned United States Magistrate Judge has submitted a Report (Doc. 17) recommending that the initial motion be denied as moot and the amended motion be granted. The parties have filed Notices of Non-Objection to the Report and Recommendation (Docs. 18, 20).

After an independent *de novo* review of the record in this matter, the Court agrees with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 17) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Joint Motion for Approval of Settlement (Doc. 13) is **DENIED as moot.**

3. The Amended Joint Motion for Approval of Settlement (Doc. 16) is **GRANTED**. The settlement agreement is approved as a fair and reasonable compromise of a bona fide Fair Labor Standard Act dispute.

4. This case is dismissed with prejudice.

5. The Clerk of the Court is directed to close this file.

**DONE** and **ORDERED** in Orlando, Florida, on March 22, 2017.

JOHN ANTOON II
United States District Judge

Copies furnished to:
United States Magistrate Judge
Counsel of Record